## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ALVIN LEVINE,

        Plaintiff,

-vs-

EQUIFAX INFORMATION SERVICES LLC, and SYNCHRONY BANK,

        Defendants.

CASE NO. 6:24-cv-00079-ACC-EJK

### NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, ALVIN LEVINE, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 13th day of February, 2024.

1

/s/ Christopher W. Legg
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
412 E. Madison Street, Ste 916
Tampa, Florida 33602
Office: (813) 299-8537
Facsimile: (844) 951-3933
Primary Email:
Chris@theconsumerlaywers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 13th day of February, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Christopher W. Legg
Christopher W. Legg, Esq.
Florida Bar #: 0044460
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*