UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALVIN LEVINE,**

        **Plaintiff,**

v.                                     Case No.  6:24-cv-79-CEM-EJK

**EQUIFAX INFORMATION
SERVICES, LLC and
SYNCHRONY BANK,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement as to Defendant Equifax Information Services LLC (Doc. 16), which advises the Court that the above-styled action has been settled as to that Defendant.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** as to Defendant Equifax Information Services LLC subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to terminate as to Equifax Information Services LLC as a Defendant and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2024.



Copies furnished to:

Counsel of Record