**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALVIN LEVINE,

  Plaintiff,

v.                                          CASE NO.:  6:24-cv-00079-CEM-EJK

EQUIFAX INFORMATION
SERVICES LLC, and SYNCHRONY
BANK,

  Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SYNCHRONY BANK

COMES NOW Plaintiff, ALVIN LEVINE and Defendant, SYNCHRONY BANK, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant, SYNCHRONY BANK, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 13th day of August, 2024.

| | |
|---|---|
| **/s/ Christopher W. Legg**<br>Christopher W. Legg, Esq.<br>Florida Bar #: 0044460<br>The Consumer Lawyers, PLLC<br>501 E. Kennedy Blvd, Ste 610<br>Tampa, Florida 33602<br>Office: (813) 299-8537<br>Facsimile: (844) 951-3933<br>Primary Email:<br>Chris@theconsumerlaywers.com<br>Secondary Email:<br>Lisa@theconsumerlawyers.com<br>*Attorney for Plaintiff* | /s/*Magda L, Janicki*<br>Magda L. Janicki<br>Florida Bar No. 95609<br>mjanicki@reedsmith.com<br>**Reed Smith LLP**<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>Telephone: (786) 747-0199<br>Facsimile: (786) 747-0299 |